**97–329.  GTE N., Inc. v. Pub. Util. Comm.**
Public Utilities Commission, No. 95–790–TP–COI.  This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio.  Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

1434

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.